UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KINGDOM OF GOD GLOBAL CHURCH,

    Petitioner,

v.                                                    Case No. 25-cv-14179
                                                        HON. MARK A. GOLDSMITH

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER DISMISSING IMPROPERLY FILED CIVIL ACTION AND DIRECTING THE CLERK OF COURT TO REFUND FILING FEE

On December 30, 2025, Petitioner errantly filed a Petition for Immediate Return of Property (Dkt. 1) in the above captioned civil action. The Clerk of Court informed the Court that this filing should have been made as a miscellaneous action related to criminal case No. 25-cr-20560 and subsequently reopened this matter as a miscellaneous action under miscellaneous case No. 25-mc-51526, which is assigned to District Judge Terrence G. Berg.

Accordingly, this case is dismissed. All further filings related to this matter must be made on the miscellaneous case docket, 25-mc-51526.

Further, the Clerk of Court is directed to refund the filing attorney, Jorin G. Rubin of Rubin Frampton, in the amount of $405.00:

| *Payment Date* | *Receipt Number* | *Refund Amount* |
|---|---|---|
| *12/30/2025* | *AMIEDC-10542054* | *$405.00* |

**SO ORDERED.**

Dated: December 31, 2025                                      s/Mark A. Goldsmith
Detroit, Michigan                                                  MARK A. GOLDSMITH
                                                                   United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 31, 2025.

                                                  s/Joseph Heacox
                                                  JOSEPH HEACOX
                                                  Case Manager